BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

FILED
JUN 0 5 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LISA GRAEF, Defendant. | CASE NO. 2:14-CR-0159 MCE<br>VIOLATION: 18 U.S.C. § 1591(a)(1) - Sex Trafficking of a Minor; 18 U.S.C. § 1594(d)(1)- Criminal Forfeiture |

I N D I C T M E N T

The Grand Jury charges: T H A T

LISA GRAEF,

defendant herein, on or about April 13, 2014, in the State and Eastern District of California, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: "Juvenile Victim 1", knowing that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act; and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and

would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 1594(d)(1) - Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant LISA GRAEF shall forfeit to the United States pursuant to 18 U.S.C. § 1594(d), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation.

2. If any property subject to forfeiture as a result of the offense in this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

///

///

///

///

///

///

///

///

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

*No.* __________

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

LISA GRAEF

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1591(a)(1) – Sex Trafficking of a Minor;
18 U.S.C. § 1594(d) (1)– Criminal Forfeiture

*A true bill,* /s/ Signature on file w/AUSA

*Foreman.*

*Filed in open court this* 5 *day*

*of* June, *A.D. 20* 14

*Clerk.*

*Bail, $* NO PROCESS NECESSARY

GPO 863 525

# PENALTY SLIP

**DEFENDANT:** **Lisa GRAEF**

VIOLATION: 18 U.S.C. § 1591(a)(1) - Sex Trafficking of a Minor

PENALTY: Not more than $250,000 fine; or
Not less than 10 years imprisonment and up to life, or both;
5 to Life supervised release.

**FORFEITURE ALLEGATION:**

VIOLATION: 18 U.S.C. § 1594(d) - Criminal Forfeiture
PENALTY: As stated in indictment.

ASSESSMENT: $100 special assessment for each count